U. S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO:   5:07CV-206-R

ANTHONY LANE                                                                                              PLAINTIFF

V.                                              **COMPLAINT**
                                              **Electronically Filed**

BREMNER, INC.                                                                                            DEFENDANT
    Serve: CT Corporation System
    Kentucky Home Life Building
    Louisville KY 40202

    1.    The plaintiff Anthony Lane is a citizen and resident of Kentucky residing at 1335 Bethany Church Road, Princeton, Kentucky 42445.

    2.    The defendant Bremner, Inc., is a foreign corporation with its principal place of business located in St. Louis, Missouri, with its designated agent for service of process in Kentucky as CT Corporation System, Kentucky Home Life Building, Louisville KY 40202.

    3.    On January 20, 2005 plaintiff Anthony Lane sustained a work related low back injury while working for the defendant Bremner, Inc. at its Princeton, Caldwell County, Kentucky food processing plant.

    4.    As a result of that injury plaintiff Anthony Lane filed a claim for workers' compensation benefits under the provisions of KRS Chapter 342.

    5.    Also as a result of the back injury sustained by Anthony Lane he has been left with physical limitations which significantly interfere with his ability to lift, bend, twist, crouch, and stoop.  This significantly limits him in the major life activity of working, inter alia.

6. Anthony Lane is a person with a disability within the meaning of 42 U.S.C.A. sections 12101 et seq., the Americans with Disabilities Act.

7. Anthony Lane requested reasonable accommodation from the defendant Bremner, Inc., specifically requesting a job which was open and available and for which he was otherwise qualified despite his disability, which the defendant Bremner, Inc. failed or refused to accommodate.

8. The defendant Bremner, Inc. discriminated against Anthony Lane by failing to allow him an open position for which he was otherwise qualified, by assigning him a task which they knew or should have known he was unable to perform, and by finally demoting Anthony Lane and ultimately discharging him.

9. In violation of KRS section 342.197 the discriminatory acts above described were in substantial part motivated by the defendant's retaliation on account of Anthony Lane's work injuries and resulting workers' compensation claims.

10. As a result of the defendant's discriminatory conduct against Anthony Lane, Mr. Lane has suffered significant humiliation and embarrassment, he has lost earnings, and his earnings in the future will be significantly diminished.

WHEREFORE, plaintiff asks judgment against the defendant in the amount of $750,000, plus his properly taxable court costs, and a reasonable attorney's fee. Plaintiff also asks a trial by jury and all other relief to which he may appear entitled.

Respectfully submitted,

HOUSMAN & ASSOCIATES


   /S CRAIG HOUSMAN
CRAIG HOUSMAN
109 South Fourth Street
P.O. Box 1196
Paducah, KY  42002-1196
(270) 444-6644

Attorneys for Plaintiff

This the 12th day of December, 2007.