U. S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO:  5:07CV-206-R

ANTHONY LANE                                                                                               PLAINTIFF

V.           **PLAINTIFF'S AMENDED COMPLAINT**
                         **Electronically Filed**

BREMNER FOOD GROUP, INC.                                                                  DEFENDANT

Plaintiff reiterates and incorporates as if fully set out herein each of the allegations in the original complaint and makes the following additional allegations:

1. The defendant Bremner, Inc. is now known as Bremner Food Group, Inc. and all allegations made in the original complaint against Bremner, Inc. are hereby amended to reiterate the same allegations against Bremner Food Group, Inc.

2. The defendant Bremner, Inc. or Bremner Food Group, Inc. as it is apparently now called, acted with malice or with reckless indifference to the federally protected rights of Anthony Lane and intentionally failed to provide Anthony Lane with reasonable accommodation for his disability, thereby entitling Mr. Lane to an award of punitive damages pursuant to 42 U.S.C.A. §1981a(a)(2).

WHEREFORE, plaintiff asks judgment against the defendant in the amount of $750,000 plus his properly taxable court costs, and a reasonable attorney's fee.  Plaintiff also asks for a trial by jury and all other relief to which he may appear entitled.

        Respectfully submitted,

        HOUSMAN & ASSOCIATES

        /S CRAIG HOUSMAN
        CRAIG HOUSMAN
        109 South Fourth Street
        P.O. Box 1196
        Paducah, KY  42002-1196
        (270) 444-6644

        Attorneys for Plaintiff

## SERVICE CERTIFICATE

On   July 1, 2008  , I electronically filed this document through the ECF system, which will send a notice of electronic filing to:

B. Todd Wetzel, Esq.     twwellsandwetzel@bellsouth.net

Thomas Berry, Esq.     tberry@spvg.com

        /S CRAIG HOUSMAN