UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| *ANTHONY LANE,* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 5:07CV-206-TBR |
| | ) |
| *BREMNER FOOD GROUP, INC.,* | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Anthony Y. Lane and Defendant Bremner, Inc., n/k/a Bremner Food Group, Inc., by their attorneys, and hereby stipulate and agree, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action, and all claims in the action, shall be dismissed, with prejudice, with each party to bear their own costs and attorney's fees.

Respectfully submitted,

| HOUSMAN & ASSOCIATES | SANDBERG PHOENIX & von GONTARD, P.C. |
|---|---|
| By: /s/ Craig Housman | By: /s/ Thomas E. Berry, Jr. |
| 109 South Fourth Street | Thomas E. Berry, Jr., |
| P.O. Box 1196 | One City Centre, 15th Floor |
| Paducah, KY 42002-1196 | St. Louis, MO 63101-1880 |
| (270) 444-6644 | 314-231-3332 |
| (270) 444-6116 | 314-241-7604 (Fax) |
| E-mail: chousman@housmanlaw.com | E-mail: tberry@spvg.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants Bremner, Inc. |

**SO ORDERED:**


Dated: _____


2448845\1